**Michael R. WARD, Plaintiff–Appellant,**

v.

**James G. ROCHE, Secretary of
the U.S. Department of the Air
Force, Defendant–Appellee.**

No. 01–1881.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 26, 2001.

Michael R. Ward, pro Se. Lynne Ann
Battaglia, Charles Joseph Peters, Sr., Michael Anthony DePietro, Office of the
United States Attorney, Baltimore, MD,
for appellee.

Before LUTTIG, KING, and
GREGORY, Circuit Judges.

PER CURIAM.

Michael R. Ward appeals from the magistrate judge's* order granting Defendant's motion for summary judgment. We
have reviewed the record and the magistrate judge's opinion and find no reversible
error. Accordingly, we affirm on the reasoning of the magistrate judge. *Ward v.
Peters,* No. CA–98–1273–DKC (D.Md. May
29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the jurisdiction of the
magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).